

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00378-CV

| | | |
|---|---|---|
| CAROLYN SASANO, PHD., Appellant | § | On Appeal from County Court at Law No. 1 |
| v. | § | of Tarrant County (2020-004610-1) |
| | § | August 19, 2021 |
| KIRSI NIEMELA-WALLER, PHD., Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's order. It is ordered that the trial court's order is affirmed.

It is further ordered that appellant Carolyn Sasano shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker